## LEONARD K. FONG, AUDITOR OF THE CITY AND COUNTY OF HONOLULU, TERRITORY OF HAWAII *v.* MAURICE SAPIENZA, ACTING JUDGE OF THE CIRCUIT COURT, FIRST JUDICIAL CIRCUIT, TERRITORY OF HAWAII.

### No. 2857.

### (ORIGINAL)

FILED AND ARGUED MAY 14, 1951.        DECIDED MAY 14, 1951.

LE BARON AND TOWSE, JJ., AND CIRCUIT JUDGE
BUCK IN PLACE OF KEMP, C. J., RETIRED.

ORDER DENYING PETITION.

This is a petition for writ of mandamus to compel the respondent circuit judge to disqualify himself, after he had denied a motion of disqualification.

Upon the petition and affidavit before this court mandamus does not lie in such a case. (*Scott* v. *Stuart,* 22 Haw. 576.)

The petition is denied.

*A. K. Trask* for petitioner.

*M. Sapienza* in person.

*J. G. Anthony* for James W. Glover, Limited, petitioner in case S. P. No. 2303 in first circuit court.